UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| v. | : |
| | : Case No. 1-98-cr-264-RCL-1 |
| **TOMMY EDELIN** | : |
| a.k.a. Men'Ses Menes, | : |
| | : |
| **Defendant.** | : |

**DEFENDANT'S MOTION TO SET A SENTENCING
HEARING AND BRIEFING SCHEDULE**

Defendant Tommy Edelin, by and through undersigned counsel, respectfully moves this Court to set a briefing schedule and sentencing hearing in the above matter, pursuant to the February 17, 2026 Order[1] of the United States Court of Appeals for the District of Columbia remanding the Record in this matter directing this Court to clarify this Court's Amended Judgment entered on August 12, 2020, by stating the sentences related to the convictions of Count Two (2) (continuing criminal enterprise) and to clarify the sentences for Count Six (6) and Count Sixty-Seven (67).

The defendant contends that under current statutory authority and the identical statutory authority existing on August 12, 2020, this Court could not have imposed in August 2020 and cannot today impose a life sentence for Count 2. The requisite statutory drug quantities to establish a continuing criminal enterprise conviction under 28 U.S.C. § 848(2)(b) (Super CCE), based upon Mr. Edelin's underlying predicate offense, 21 U.S.C § 841(b)(1)(A)(iii), could not have been established in August of 2020 nor can such requisite quantities be established now.

---

[1] USCA Case No. 20-3057, Doc. #2159427; 1:98-cr-264-RCL-1, Doc. No. 998.

Because it is axiomatic that "a court lacks the power to exact a penalty that has not been authorized by any valid criminal statute," *Welch v. United States*, 578 U.S. 120, 134 (2016), this Court could not have imposed in 2020, nor can it impose today a life penalty for Count 2 in Mr. Edelin's case.  Accordingly, a sentencing hearing is necessary to clarify this Court's application of existing statutory authority to impose a life sentence for Mr. Edelin pursuant to Count 2, in addressing the appellate court's remand Order.

Respectfully submitted,

_____/s/_____
David Benowitz
*Counsel for Tommy Edelin*
Price Benowitz LLP
409 Seventh Street, NW
Suite 300
Washington, DC  20004
david@pricebenowitz.com
(202) 271-5249

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion has been served, via CM/ECF upon the parties in this matter on this 3rd day of March 2026.

I hereby further certify that a true copy of the foregoing Motion has been served, via email, on Nicholas Coleman, Deputy Chief, Appellate Division, United States Attorney's Office for the District of Columbia at nicholas@coleman@usdoj.gov. on this 3rd day of March 2026.

_____/s/_____
David Benowitz